Michael Anthony Moore#487939

Beto One Unit

1391 FM 3328

Tennessee Colony, Texas 75880

Mrach 24,2015

RECEIVED IN
COURT OF CRIMINAL APPEALS

MAR 26 2015

Abel Acosta, Clerk

Hon.Abel Acosta,Clerk

Court of Criminal appeals

P.O. Box 12308,Capitol Station

Austin, Texas 78711                    ("NOTICE")


Re;IN RE MICHAEL ANTHONY MOORE VS. Douglas Howell,III

    District Attorney

    Trial Court Cause No. 17,957-272


Dear Hon.Abel Acosta,Clerk:

    Please be advised that I have not received any Notice from your office
Leting me know that your Office have file my Petition For Writ Of Handamus
in the above Styled,with concern my pending Applicantion For A Writ Of Habeas
Corpus,Article 11.07.

Please be advised my Petition For Writ Of Mandamus may be file in your
office and a dicision to be issue against the trial court to how a Evident-
iary hearing ,Pursuant to Art 11.07 and Violates Due Procedure by Deying
the Applicant to Sustain his burden of Proof.See  EX Parte Campoa,613 S.W.-
2d 745,756(Tex.Crim.App.(1981);

Relator asserts that the trial court has not rule on his Pending Motion
For Evidentiart Hearing .

Reloter Requested that the trial Court set a Evidentiary Hearing.

Petition For Writ Of Habeas Corpus,Article 11.07 that is pending,Previously
unresolved facts  material to the legality of the Applicant's Confinement
which require an Evidetiary Hearing in the above case Number#17,957-272.


EX Parte Chamber,612 S.W. 2d 573,574(Tex.Crim.App.(1981):


Page 1.

Applicant Moore with no tools of any kind for checking the authority of government overseers is not just embedded with value,but it is exeplary, responding to the highest calling of the legal profession,which is to give meaning to the term equal justice under law carved in stone on every courtheu ouse.

Your assistance in this matter is greatly appreciated.

Sincerely,

*Michael Moore*

By: Michael Anthony Moore#487939


EX PARTE

MICHAEL ANTHONY MOORE

Cause no. 17,957-272

IN THE 272ND District

Of

Brazos County,Texas


AFFIDAVIT


THE STATE OF TEXAS

COUNTY OF BRAZOS

BEFORE ME,the undersigned authority,on this day personally appeared, MICHAEL ANTHONY MOORE, after being by me duly sworn,under oath,stated as follows:

My name is Michael Anthony Moore.I am of sound mind and have personal Knowledge of the facts contained herein and they are true and correct to the best of knowledge and belief.

Purant to section 132.001,132,002 and of the Texas Civil Praction and remidie Code.

Owens V. State,763 S.W. 2d at Page 489(Tex.Dallas(1988).

March 24,2015.

Copy File

M/A/M/

*Michael Moore*

By:Michael Anthony Moore#487939


age 2.